IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRACY BERNARD WILLIAMS                                              PLAINTIFF

v.                                    Case No. 4:10-CV-04085

FORMER CORPORAL TRACY SMITH,
Miller County Detention Cenetr; FORMER
CORRECTIONAL OFFICER SONYA SMITH,
Miller County Detention Center; WARDEN
TURNER; and NURSE WILLIAMS                                          DEFENDANTS

## O R D E R

On this 2nd day of September 2011, there comes on for consideration the Report and Recommendations (Doc. 48) filed in this case on July 21, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant Nurse Williams' Motion to Dismiss (Doc. 9) is **DENIED**, and Defendant Nurse Williams' Motion to Dismiss for Lack of Jurisdiction (Doc. 31) is also **DENIED.**

IT IS SO ORDERED this 2nd day of September 2011.

_/s/ P. K. Holmes, III_
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE