IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRACY BERNARD WILLIAMS                                                    PLAINTIFF

VS.                                CASE NO. 4:10-CV-04085
                                        *Lead Case*

TRACEY SMITH; and SONYA
SMITH                                                                    DEFENDANTS

_____

TRACY BERNARD WILLIAMS                                                   PLAINTIFF

VS.                                CASE NO. 4:10-CV-04194
                                       *Member Case*

OFFICER ADAMS; OFFICER
WILKERSON; SGT. WELCH;
COPR. LAFAYETTE; WARDEN
GARY TURNER; and NURSE
WILLIAMS                                                                 DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed August 14, 2012 by the Honorable

James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 70).  Judge Marschewski recommends granting in part and denying in part Separate

Defendants' Motions for Summary Judgment.  (ECF Nos. 57 and 60).  The parties have not filed

objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. §

636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Separate Defendant Nurse William's Motion for Summary Judgment (ECF No. 57) is

**GRANTED in part** and **DENIED in part**.  Specifically, the Motion (ECF No. 57) should be

granted with respect to: (1) all official capacity claims against Nurse Williams; (2) Plaintiff's

retaliation claim regarding denial of medical care; and (3) Plaintiff's retaliation claim regarding denial of injury report. This leaves for later resolution the individual capacity claims against Nurse Williams regarding retaliation: (1) by enticing inmates to attack Plaintiff; and (2) locking Plaintiff down in the "Super-Max."  Separate Defendants' Motion for Summary Judgement (ECF No. 60) is **GRANTED in part** and **DENIED in part**.  Specifically, the Motion (ECF No. 60) should be granted with respect to: (1) all official capacity claims against all Separate Defendants; (2) all individual claims against Corporal Kelli Lafayette, and Corporal Lafayette should be dismissed; (3) all individual capacity claims of failure to protect against all Separate Defendants; (4) all individual capacity claims against Officer Sonya Smith, and Officer Sonya Smith should be dismissed; (5) all individual capacity claims of delay and denial of medical care against all Separate Defendants; and (6) all individual capacity claims regarding legal mail against all Separate Defendants. This leaves for latter resolution the individual capacity claims of (1) retaliation against Warden Gary Turner; and (2) excessive force against Corporal Tracey Smith.

**IT IS SO ORDERED**, this 4th day of September, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge