IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRACY BERNARD WILLIAMS                                                         PLAINTIFF

VS.                              CASE NO. 4:10-CV-04085
                                      *Lead Case*

TRACEY SMITH; and SONYA
SMITH                                                                          DEFENDANTS

_____

TRACY BERNARD WILLIAMS                                                         PLAINTIFF

VS.                              CASE NO. 4:10-CV-04194
                                    *Member Case*

OFFICER ADAMS; OFFICER
WILKERSON; SGT. WELCH;
COPR. LAFAYETTE; WARDEN
GARY TURNER; and NURSE
WILLIAMS                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 20, 2013 by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 110). Judge Marschewski recommends that all of Plaintiff's remaining claims against Defendants Williams, Turner, and Smith be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Plaintiff's claims against Defendants Williams, Turner, and Smith are hereby **DISMISSED WITH PREJUDICE**. Because these individuals were the last remaining Defendants in this consolidated action, these cases are now closed.

**IT IS SO ORDERED**, this 9th day of September, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge